**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     In re Baybrook Mall, LLC

Appellate case number:   01-14-00382-CV

Trial court case number: 2013-48336

Trial court:             125th District Court of Harris County

Date motion filed:       November 4, 2014

Party filing motion:     Relator


        The en banc court has unanimously voted to deny relator's motion for en banc reconsideration. It is ordered that the motion is denied.



Judge's signature: /s/ Terry Jennings
                        Acting for the Court the En Banc Court*

Date:  December 16, 2014

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle (Justice Sharp not participating).